**Order filed November 26, 2012**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-00912-CV
_____

**SHARON CAMPBELL, Appellant**

**V.**

**DEBBIE BERG, Appellee**

---

**On Appeal from County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Court Cause No. 120637**

---

## ORDER

Appellant filed a motion that challenges the trial court's order sustaining the contests to her affidavit of indigence. *See* Tex. R. App. P. 20.1(j). The motion is DENIED.

Accordingly, appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 11, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

Further, appellant is ordered to pay or make arrangements to pay for the clerk's record and provide this court with proof of payment on or before **December 11, 2012.** *See* Tex. R. App. P. 37.3(b). If appellant fails to timely provide this court with proof of payment, the appeal will be dismissed.

PER CURIAM